## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20126-UU

OVIDIU GARBACEA,

    Plaintiff,

v.

CG RYC, LLC, *et al.*,

    Defendants.

                                              /

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record, and is otherwise fully advised in the premises.

On March 26, 2018, the Court entered and Order disqualifying Plaintiff's counsel because counsel represented one of the Defendants in a related matter. D.E. 22. In that Order, the Court instructed Plaintiff to file a notice with the Court no later than March 29 indicating whether he intended to proceed *pro se* or obtain new counsel. In that Order, the Court cautioned Plaintiff that "[f]ailure to comply with this Order will result in the immediate dismissal of this action." To date, Plaintiff has not obeyed the Order and has not filed the required notice. Accordingly, it is hereby

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED, and all motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf

*Pro se* Plaintiff